# BERGMAN ADR GROUP
A PROFESSIONAL CORPORATION
*Attorneys - Mediators - Arbitrators*

9 GREENWAY PLAZA, SUITE 3130
HOUSTON, TEXAS 77046

**TREY BERGMAN**
Board Certified - Civil Trial Law
Texas Board of Legal Specialization
Credentialed Distinguished Mediator

Telephone (713) 977-1717
Telecopier (713) 977-4889
Trey@BergmanADRgroup.com
www.BergmanADRgroup.com

September 20, 2012

**VIA ELECTRONIC MAIL**
Honorable Judge Gregg Costa
United States District Court, Galveston Division
P.O. Drawer 2300
Galveston, TX 77553

RE:   Cause No. 3:11-cv-00102; *Daniel Antley v. Comcast of Houston, LLC;* In the United States District Court, Southern District of Texas, Galveston Division.

Dear Judge Costa:

All of the parties in the above case mediated with me on September 19, 2012. Accordingly, I am pleased to report that as a result of the mediation a settlement has now been achieved that was mutually acceptable to the parties. The attorneys for these parties are in the process of drafting a final order of disposition which should be submitted to the Court in the near future.

Thank you for the opportunity to be of service to the Court.

Yours very truly,

Trey Bergman

ETB/rb

cc:   **VIA ELECTRONIC MAIL**
R. Talmadge Hammock
The Slaughter Law Firm, PLLC
1002 Gemini Street, Suite 100
Houston, TX 77058

F:\BERGMAN ADR\MEDS-Active\Antley\jdg stld ltr.wpd

Mediation Counsel
Page 2

       Joseph Gagnon
       Fisher & Phillips, LLP
       333 Clay Street, Suite 4000
       Houston, TX 77002

       Arturo Rivera
       Case Manager
       United States District Court, Galveston Division
       P.O. Drawer 2300
       Galveston, TX 77553

F:\BERGMAN ADR\MEDS-Active\Antley\jdg.stld.ltr.wpd